# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

Quannah L. Tucker

      Plaintiff(s)

vs.                                                                 Case Number:  **09-CV-0792-CVE-TLW**

LVNV Funding, LLC, et al.

      Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file
> a statement that identifies any parent corporation and any publicly held corporation that
> owns 10% or more of its stock or states that there is no such corporation.

_____

**LVNV Funding, LLC**

[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1.  **Is party a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☑ NO

2.  **Does party have any parent corporations?**

    (Check one)   ☑ YES   ☐ NO

    If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

    Parent:  Sherman Originator, LLC
    Grandparent: Sherman Financial Group, LLC

3.  **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

    (Check one)   ☐ YES   ☑ NO

    If YES, identify all such owners:

4.    **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

(Check one)   ☑ YES        ☐ NO

If YES, identify entity and nature of interest:

GE Money Bank - Potential indemnitor
Universal Fidelity - Potential indemnitor

5.    **Is party a trade association?**

(Check one)   ☐ YES        ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  1   day of  February   ,  20 10 .

| | |
|---|---|
| /s/ Elliot P. Anderson | |
| Signature | |
| Elliot P. Anderson | 21098 |
| Printed Name | Bar Number |
| Crowe & Dunlevy, P.C. | |
| Firm Name | |
| 321 S. Boston Ave., Suite 500 | |
| Address | |
| Tulsa | OK    74037 |
| City | State    ZIP |
| 918-592-9800 | 918-592-9801 |
| Phone | Fax |
| elliot.anderson@crowedunlevy.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on ____February 1, 2010____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Courtney Michelle Wolin
Martha L. Londagin
Thomas James MacGeady
David Allan Cheek
Jeffrey M. Love

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service      ☐ In Person Delivery

☐ Courier Service          ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

/S/ Elliot P. Anderson
_____
Signature